**No. 09-8179. Jasper Harris, Jr., Petitioner v. Virginia Employment Commission.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2036.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8180. Dewey N. Griner, aka Dewey N. Howard, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2143.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8181. Wayne Elwyn Root, Petitioner v. Pearley Chua.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2111.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

Same case below, 149 Wash. App. 147, 202 P.3d 367.

**No. 09-8182. Diego Nunez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2055.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8184. Aaron D. Younker, Petitioner v. Ohio.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2100.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Highland County, denied.

**No. 09-8189. Eddie Murrell Rollen, Petitioner v. California.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2196.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-8192. Antonio Hinton, Petitioner v. M. McQuillan, et al.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2185,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8193. Tyrone Denard Grayson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2186.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8194. Michael R. Haynes, Petitioner v. Oregon, et al.**

559 U.S. 977, 130 S. Ct. 1697, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2047.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 225 Or. App. 219, 200 P.3d 641.

**No. 09-8200. Paul Blackmer, Petitioner v. Lawrence Blaisdell, Warden.**

559 U.S. 977, 130 S. Ct. 1698, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2060,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.